**UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN**

Senate Committee on Student Discipline
409 Fred H. Turner Student Services Building
610 East John Street
Champaign, IL 61820

October 6, 2004 [also sent by email to cfair@uiuc.edu]

Christopher Philip Fair
Urh Sherman 106
909 S Fifth St.
Campus

Dear Mr. Fair:

The Office for Student Conflict Resolution has received information in which it is alleged that on October 4, 2004 you were involved in an incident which would violate the University of Illinois at Urbana-Champaign Code of Policies and Regulations Applying to All Students (Code). It is alleged that you violated your Suspended Dismissal status and a no contact order issued to you by the university on 4/23/04, violated a court ordered Order of Protection granted on 9/27/2004 that was served upon you on 9/30/2004, and attempted to interfere with the process through intimidation by asking the individual to drop the order of protection.

Such conduct, if proven, would fall within the jurisdiction of the student discipline system and would constitute a violation of regulations governing the conduct of students; specifically:

> Violation of rule(s): 11.E.1, 11.E.9, 11.E.16.h, and 11.E.16.e disciplinary system of the Code. The appropriate sections of the Code may be accessed at our website www.conflictresolution.uiuc.edu. This conduct, if proven, would also be a violation of your SUSPENDED DISMISSAL status (Rule 11.E.16.h).

Based upon the information available to me at this time, I have determined to refer your case to the Subcommittee on Undergraduate Student Conduct. This letter constitutes formal written notice of your pending charges and that your case will be heard by the appropriate Subcommittee.

**You are again directed to have NO CONTACT with Dinah K.R. Whitchurch [oral or written, directly or through any third party] until this matter has been resolved through the disciplinary process. Any violation of this directive will result in further charges of "failure to comply with the directions of an agent of the university acting in the performance of his or her duty." Further violations may also result in a request to the Chancellor for an interim suspension.**

**Please call my office no later than October 7, 2004 at 5:00 p.m. to schedule an appointment** so that we can discuss the information that will be presented to the Subcommittee. At this appointment we will also discuss your rights and the procedures which will be followed at the hearing, and your hearing date will be assigned. When you call, you will schedule this appointment with me through office staff. This matter cannot be discussed over the phone. Failure to call by the designated time or failure to attend a meeting with me once scheduled may result in further charges before the appropriate Subcommittee on Student Conduct. It may also lead to the Subcommittee suspending you until such time as you do appear for a hearing.

Sincerely,

Wendy J. Smith
Assistant Dean of Students

xc: Student File

EXHIBIT "A"

Phone (217) 333-3680 * Fax (217) 333-4084 * E-Mail: conflictresolution@uiuc.edu