UNIVERSITY OF ILLINOIS
AT URBANA-CHAMPAIGN



# CASE INTAKE MEMORANDUM

Date of Creation: October 5, 2004
Case Number:

| | | | | | |
|---|---|---|---|---|---|
| **STUDENT** | Christopher Philip Fair | | | | |
| **ADDRESS:** | Urh Sherman 106 909 S Fifth St. Campus | | | | |
| **PHONE:** | 217 3324610 | | | | |
| **STUDENT ID:** SS #: | 653932843 309924272 | **D.O.B.:** **Email:** | 1/16/1982 cfair @uiuc.edu | **AGE:** | 22 |

## INCIDENT

| | | | |
|---|---|---|---|
| | | **PRIORS:** | Yes |
| **DATE:** **TIME:** | October 4, 2004 1:45:00 PM | **OFFENSE:** | Violation - OOP |
| **LOCATION:** **ADDRESS:** | Ice Arena 406 E. Armory, Champaign | **ARREST:** | No |
| **DEPARTMENT:** **OFFICER:** | U of I Police Dept. Hamlin | **FILE:** | I04-1668 |

**INDICATORS:**  Relationship Violence \

**SUMMARY:**  Victim reported that she was being harassed by Mr. Fair and there is an Emergency Order of Protection that was issued on 9/27/04. In checking, the officer found that the OOP was valid and had been served on Mr. Fair on 09/30/04.

Ms. Whitchurch related that she had been walking across the quad around 1:45 PM on October4, 2004. She observed Mr. Fair also on the Quad. Ms. Whitchurch said that she left the Quad to go to her next class at the Ice Arena. Mr. Fair followed her and asked her to drop the Order of Protection (OOP) as it would ruin his life. She continued to walk and he then asked her to "drop the whole thing". She asked him several times to leave her alone and go away and that she was going to call the police because he was in violation of the OOP.

She got to the Ice Arena and walked inside. He followed her into the building and continued to talk to her about dropping the OOP. He started crying and pleading with her and she continued to ask him to go away and leave her alone. She went into her class and he did not follow her.

EXHIBIT "B"

Phone (217) 333-3680 * Fax (217) 333-4004 * E Mail