cv-02282-MPM-DGB     # 1-4     Page 1 of 1

UNIVERSITY OF ILLINOIS
AT URBANA-CHAMPAIGN

**E-FILED**
Wednesday, 15 December, 2004  04:54:18 PM
Clerk, U.S. District Court, ILCD

Senate Committee on Student Discipline
409 Fred H. Turner Student Services Building
610 East John Street
Champaign, IL 61820

# EXPEDITED CASE DISPOSITION

Name:  Christopher Philip Fair

Student ID:  653932843
Social Security:  309924272

Code Violations: Rule(s) 11.E.1 and 11.E.h.16

**Description of Incident:** Mr. Fair was involved in continuous disturbances at Sherman Hall and has violated his RESTRICTIVE CONDUCT PROBATION STATUS.

**Disposition:** Mr. Fair is placed on Suspended Dismissal until Graduation. Suspended Dismissal reflects that, although dismissal would be an appropriate sanction for the violation, the Subcommittee determined to suspend taking that action at this time. Any further violations of the Code, or failure to comply with all educational sanctions, will result in a referral to the appropriate Subcommittee for immediate dismissal.. Mr. Fair understands that if there are any further Code violations the case will be referred to the Subcommittee for immediate Dismissal.

In addition, you are directed to have NO CONTACT with Dinah Whitchurch [oral or written, directly or through any third party]. Any violation of this directive will result in further charges of "failure to comply with the directions of an agent of the university acting in the performance of his or her duty." Further violations may also result in a request to the Chancellor for an interim suspension.

I accept the disposition of the Subcommittee in the above-described case. I understand that this agreement may be voided by the student within three business days of signing by submitting such a request to the Executive Director in writing. I understand that after the three-day period and <u>after acceptance by the appropriate Subcommittee</u> on Student Conduct, this agreement is <u>final and binding</u>.

*Original Version not accepted*

_Christopher P. Fair_     4/19
Student     Date

_____
Adviser (Optional)     Date

_____
Subcommittee Chair     Date

xc: Dean, College of LAS; Recorder; Dean of Students; ECD File (SP0400512); Sanction Ltr. File (SP0400512); Hearing File (); Student File; Student; UIPD

EXHIBIT "C"

Phone (217) 333-3680 * Fax (217) 333-4084 * E-Mail: conflictresolution@uiuc.edu