AO 440 (Rev. 10/93) Summons in a Civil Action

E-FILED
Wednesday, 15 December, 2004 05:07:29 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL _____ DISTRICT OF ILLINOIS, URBANA DIVISION

CHRISTOPHER P. FAIR,
    Plaintiff,

V.

BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, RICHARD HERMAN, in his official capacity as Interim Chancellor of the University of Illinois at Urbana-Champaign, PATRICIA ASKEW, in her official capacity as Vice Chancellor of the University of Illinois at Urbana-Champaign, RICHARD W. JUSTICE, individually, and WENDY J. SMITH, individually,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-2282.

TO: (Name and address of defendant)

MS. PATRICIA ASKEW, 120 Swanlund Bldg., 601 East John, Champaign, Illinois 61820.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. Greg German
TEPPER, MANN & GERMAN, P.C.
P.O. Box 548
507 South Broadway Avenue
Urbana, Illinois 61803-0548

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

12/15/04
DATE

s/K. Marsh
(BY) DEPUTY CLERK

# United States District Court

CENTRAL **DISTRICT OF** ILLINOIS, URBANA DIVISION

CHRISTOPHER P. FAIR,
    Plaintiff,

V.

BOARD OF TRUSTEES OF THE UNIVERSITY OF
ILLINOIS, RICHARD HERMAN, in his official
capacity as Interim Chancellor of the
University of Illinois at Urbana-Champaign,
PATRICIA ASKEW, in her official capacity as
Vice Chancellor of the University of Illinois
at Urbana-Champaign, RICHARD W. JUSTICE, indi-
vidually, and WENDY J. SMITH, individually,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-2282

TO: (Name and address of defendant)

    MR. RICHARD H. HERMAN, 217 Swanlund Administration Bldg., 601 East John, Champaign, Illinois 61820.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. Greg German
TEPPER, MANN & GERMAN, P.C.
P.O. Box 548
507 South Broadway Avenue
Urbana, Illinois 61803-0548

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

DATE 12/15/04

s/K. Marsh
(BY) DEPUTY CLERK

# United States District Court

CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

CHRISTOPHER P. FAIR,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04-2282

BOARD OF TRUSTEES OF THE UNIVERSITY OF
ILLINOIS, RICHARD HERMAN, in his official
capacity as Interim Chancellor of the
University of Illinois at Urbana-Champaign,
PATRICIA ASKEW, in her official capacity as
Vice Chancellor of the University of Illinois
at Urbana-Champaign, RICHARD W. JUSTICE, indi-
vidually, and WENDY J. SMITH, individually,

TO: (Name and address of defendant)

    MR. RICHARD W. JUSTICE, 610 East John Street, 409 Student Services,
    Champaign, Illinois 61820.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. Greg German
TEPPER, MANN & GERMAN, P.C.
P.O. Box 548
507 South Broadway Avenue
Urbana, Illinois 61803-0548

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

12/15/04
DATE

s/K. Marsh
(BY) DEPUTY CLERK

# United States District Court

CENTRAL  DISTRICT OF  ILLINOIS, URBANA DIVISION

CHRISTOPHER P. FAIR,
    Plaintiff,

V.

BOARD OF TRUSTEES OF THE UNIVERSITY OF
ILLINOIS, RICHARD HERMAN, in his official
capacity as Interim Chancellor of the
University of Illinois at Urbana-Champaign,
PATRICIA ASKEW, in her official capacity as
Vice Chancellor of the University of Illinois
at Urbana-Champaign, RICHARD W. JUSTICE, individually, and WENDY J. SMITH, individually,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-2282

TO: (Name and address of defendant)

    MS. WENDY J. SMITH or MS WENDY J. SMITH-THURSTON, 610 East John,
    409 Student Services, Champaign, Illinois 61820.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. Greg German
TEPPER, MANN & GERMAN, P.C.
P.O. Box 548
507 South Broadway Avenue
Urbana, Illinois 61803-0548

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

12/15/04
DATE

s/K. Marsh
(BY) DEPUTY CLERK