UNITED STATES OF AMERICA
IN THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **CHRISTOPHER P. FAIR** )<br>     Plaintiff, )<br>vs. )<br>**BOARD OF TRUSTEES OF THE** )<br>**UNIVERSITY OF ILLINOIS,** )<br>**RICHARD HERMAN, in his official** )<br>capacity as Interim Chancellor )<br>of the University of Illinois )<br>at Urbana-Champaign, **PATRICIA** )<br>**ASKEW**, in her official capacity as Vice )<br>Chancellor of the University of Illinois )<br>at Urbana-Champaign, **RICHARD W.** )<br>**JUSTICE**, individually, and **WENDY** )<br>**J. SMITH**, individually, jointly and )<br>severally, )<br>     Defendants. ) | Case No. 04-2282 |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff CHRISTOPHER P. FAIR, and through his attorneys of record, TEPPER, MANN & GERMAN, P.C., files his Plaintiff's Notice of Dismissal with Prejudice, showing to the Court as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff CHRISTOPHER P. FAIR requests the dismissal with prejudice of this matter.

2. For the Court's convenience, Plaintiff would state that this is not a class action, and it does not involve an entity in receivership. Moreover, there are no counter-claims or cross-claims on file.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Christopher P. Fair respectfully prays the Court to dismiss this action in its entirety, with prejudice to refiling same.

Dated this the 24th day of March, 2005.

>Respectfully submitted,
>
>CHRISTOPHER P. FAIR
>
>By:  S/Greg German
>Greg German
>TEPPER, MANN & GERMAN, P.C.
>Attorneys for Plaintiff
>P.O. Box 548
>Urbana, Illinois  61803
>Tel. (217) 328-4300
>Fax (217) 328-4310
>State Bar No. 6238851
>e-mail: thetortmaster@yahoo.com